AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>IN THE MATTER OF AN APPLICATION OF THE UNITED STATES OF<br>AMERICA FOR A SEARCH WARRANT FOR THE PREMISES KNOWN AND<br>DESCRIBED AS 41-19 30TH AVENUE, APT 2F, ASTORIA, NEW YORK 11103,<br>AND CLOSED AND LOCKED CONTAINERS THEREIN | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. **16 M 0039** |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____New York_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____January 28, 2016_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____the Duty Magistrate Judge_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   1/14/16   1:45 _____        _____
                                                          *Judge's signature*

City and state:    **Brooklyn, New York**            Hon. Cheryl L. Pollak      U.S.M.J.
                                                          *Printed name and title*

## ATTACHMENT A

A residence located at 41-19 30th Avenue, Apt 2F, Astoria, New York 11103, known and described as is a three story mixed-use commercial/residential building located at 41-19 30th in Astoria, New York, located on the northwest corner of 30th Avenue and 42nd Street. The first floor of the building is occupied by "Blackbird's Bar & Restaurant" ("Blackbirds"). The second and third floors are apartments above Blackbirds. The front exterior of the first story of the premises, occupied by Blackbirds, is comprised of a light tan marbled facade with several columns attached. The exterior of the second and third stories of the premises, are comprised of light gray colored stucco. To the left of the main entrance into Blackbirds is a glass door that is the main entrance door to the second and third floor apartments.  There are three mailboxes in a vertical line to the left of the glass entrance door. There is an apartment intercom/buzzer attached to the building to the right of the entrance door. At the top of the glass entrance door, are the numerals "41-19" affixed in black color. Inside the glass entrance door is a set of stairs that leads to the second floor. At the top of the stairs a right turn leads to the PREMISES and is the first apartment door on the right.  There is also a large balcony directly above Blackbirds. This balcony is accessible from the PREMISES through French doors.

## ATTACHMENT B

The items to be searched and seized from the PREMISES known and described as 41-19 30th Avenue, Apt, 2F, Astoria, New York 11103, and inside the locked and closed items contained therein, all of which constitute instrumentalities, evidence, and fruits of violations of Title 21, United States Code, Section 846:

1. Acetyl Fentanyl and other controlled substances;

2. Physical containers, including but not limited to boxes, packets, and other forms of packages and packaging materials;

3. Paraphernalia for packing, weighing, and cutting;

4. Addresses and/or telephone books, rolodex indices, shipping labels, and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers and/or telex number of others that may be involved in illegal activity, sources of supply, customers, financial institutions, and other individuals or businesses with whom a financial relationship exists;

5. Books, records, invoices, receipts, records of real estate transactions, bank statements, and related records, passbooks, money drafts, letters of credit, cashier's checks, bank checks, safe deposit box keys, money wrappers, and other items evidencing the obtaining, secreting, transfer and/or the concealment of assets and the obtaining, secreting, transfer, concealment, and/or expenditure of money;

6. Documentation reflecting entitlement to or use of the PREMISES or identifying any individual who uses or is entitled to use the PREMISES, including, but not limited to, utility and telephone bills, cancelled envelopes, rental, purchase or lease agreements, and keys;

7. Financial records relating to the purchase or sale of controlled substances;

8. United States or foreign currency, negotiable instruments, jewelry, and precious metals and other valuables used to purchase controlled substances or equipment used to manufacture controlled substances, or which represent the proceeds of criminal activity.

AO 93- (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: C3-15-0098 | Date and time warrant executed: 01/20/2016 - 6:00AM | Copy of warrant and inventory left with: MICHAEL GIBBARD |
|---|---|---|

Inventory made in the presence of :
TFO ANTHONY BERKE & SA STEVE BACKIEL

Inventory of the property taken and name of any person(s) seized:

1— IPHONE, MODEL A1532
1— IPHONE, MODEL A1549
1— LG CELLULAR PHONE
1— IPOD 32 GB
1— BLACKBERRY BOLD
1— USB JUMP DRIVE
1— SALTER DIGITAL SCALE
1— AMW-DISC-500 POCKET SCALE
1— WEIGH MAX DIGITAL SCALE

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/08/2016

_____
Executing officer's signature

TFO GINO IZZO / DEA
Printed name and title

**U.S. DEPARTMENT OF JUSTICE** - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. C3-15-0098 | G-DEP IDENTIFIER JGN30 |
|---|---|---|
| GIBBARD, Michael | FILE TITLE GIBBARD, Michael | |
| | DATE 01/20/16 | |

DIVISION/DISTRICT OFFICE

DEA Newark, NJ

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Iphone Model A1532 | |
| 1 | Iphone Model A1549 | |
| 1 | LG cell Phone | |
| 1 | IPOD 32 GB | |
| 1 | Blackberry Bold | |
| 1 | USB Jump Drive | |
| 1 | Salter Digital Scale | |
| 1 | AMW-Disc-500 Pocket Scale | |
| 1 | Weigh Max digital scale | |
| | Nothing Further Seized 730 pm | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) SA Stephen Bachiel |
|---|---|
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) TFO Anthony Bonilo |

FORM DEA-12 (8-02) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version